# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 660 |
| | : | |
| REAPPOINTMENT TO THE CIVIL PROCEDURAL RULES COMMITTEE | : : | CIVIL PROCEDURAL RULES DOCKET |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2017, Kristen M. Del Sole, Esquire, Allegheny County, is hereby reappointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing July 1, 2017.